**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| VICTORIANO LOPEZ, | ) | 3:11-CV-0801-RCJ (VPC) |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 7, 2014 |
| | ) | |
| ROBERT BANNISTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion requesting photocopy of the original settlement agreement (#22) is **DENIED.** The Clerk does not maintain a copy of the executed settlement agreement. Plaintiff may request a copy from the defendants. The Clerk shall **SEND** plaintiff a copy of the court's order dated June 27, 2012 (#21) and the stipulation and order dismissing this case with prejudice (#16).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:    /s/
      Deputy Clerk